Form B6 - Summary (12/07)

2007 USBC, Central District of California

FILED

MAR 05 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re _Aurelio Cortes_
_Maria D. Gonzalez_                          Debtor.

Case No.: _2:10bk-16500_    (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A - | Real Property | Yes | 1 | $ 236,000 | | |
| B- | Personal Property | Yes | 1 | $ 0 | | |
| C- | Property Claimed as Exempt | Yes | 1 | | | |
| D- | Creditors Holding Secured Claims | | | | $ 550,000 | |
| E- | Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $ | |
| F- | Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $ 28,471 | |
| G- | Executory Contracts and Unexpired Leases | | | | | |
| H- | Codebtors | | | | | |
| I- | Current Income of Individual Debtor(s) | | | | | $ |
| J- | Current Expenditures of Individual Debtors(s) | | | | | $ |
| | TOTAL | | | $ 236,000 | $ 578,471 | |

Official Form B6 - Statistical Summary  (12/07)                                    2007 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re Aurelio Cortes                                              CHAPTER: 7
Maria D. Gonzalez                          Debtor(s).    CASE NO.: 2:10-bk-16500

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

Form B1, Exhibit C - (9/01)                                              2001 USBC, Central District of California

## Exhibit "C"

[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]

### *[Caption as in Form 16B]*

# Exhibit "C" to Voluntary Petition

1.  Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

_____

_____

_____

_____

_____

2.  With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

_____

_____

_____

_____

Form B6A (12/07)                                                    2007 USBC, Central District of California

In re  *Aurelio Cortes* *Maria D. Gonzalez*                   Case No.: 7

                                                        Debtor.              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 4615 Tweedy Blvd South Gate, CA 90280 | | | 230,000 | 550,000 |

Total  ➤  230,000

(Report also on Summary of Schedules.)

Form B6B - (12/07)                                                    2007 USBC, Central District of California

In re _Aurelio Cortes_                                    Case No.:
_Maria O. Gonzalez_                         Debtor.  2-10-bk-16500          (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home stead associations, or credit unions, brokerage houses, or cooperatives. | | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| 6. Wearing apparel. | | | | |
| 7. Furs and jewelry. | | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities.  Itemize and name each issuer. | | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | | | | |

Form B6B - (12/07)                                                    2007 USBC, Central District of California

In re  Aurelio Cortes                                              Case No.:
       Maria D. Gonzalez                             Debtor.  2-10-bK-16500    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.   Give particulars. | | | | |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. | Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. | Government and corporate bonds and other negotiable and non-negotiable instruments. | | | | |
| 16. | Accounts receivable. | | | | |
| 17. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. | Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | | |
| 19. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | | | | |
| 20. | Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |
| 22. | Patents, copyrights, and other intellectual property.   Give particulars. | | | | |
| 23. | Licenses, franchises, and other general intangibles.   Give particulars. | | | | |

Form B6B - (12/07)

2007 USBC, **Central District** of California

In re *Mayoru (arter* 

Case No.:

*Marc D 2a2#eZ* 

Debtor. *R Moegue, Cu*   (If known)

## SCHEDULE B -PERSONAL PROPERTY
### (Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 24. | Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. | Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. | Boats, motors, and accessories. | | | | |
| 27. | Aircraft and accessories. | | | | |
| 28. | Office equipment, furnishings, and supplies. | | | | |
| 29. | Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. | Inventory. | | | | |
| 31. | Animals. | | | | |
| 32. | Crops - growing or harvested. Give particulars. | | | | |
| 33. | Farming equipment and implements. | | | | |
| 34. | Farm supplies, chemicals, and feed. | | | | |
| 35. | Other personal property of any kind not already listed. Itemize. | | | | |

_____continuation sheets attached     Total ▶   | $

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6C - (12/07)                                    2007 USBC, Central District of California

In re _Aurelio Cortes_
_Maria D. Gonzalez_                    Debtor.  Case No.: _2-10-bk-16500_    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled
under: (Check one box)

❑    Check if debtor claims a homestead exemption that
      exceeds $136,875.

❑    11 U.S.C. § 522(b)(2)

❑    11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| | | | |

**Form B6D - (12/07)**                                                  **2007 USBC, Central District of California**

In re _Aurelio Cortes_ / _Maria D. Gonzalez_ , Debtor.     Case No.: _2-10-bk-16500_ (If known)

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

_____ Continuation Sheets attached

Subtotal (Total of this page) ➤ $

Total (Use only last page) ➤ $

(Report total also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Form B6D - (12/07)                                                                 2007 USBC, Central District of California

In re _Aurelio Cortes_ _Maria D. Gonzalez_   Debtor.    Case No.: _2 10-bk-16500_  (If known)

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet no. _____ of _____ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s)
(Total(s) of this page)  ➤   $

Total(s)
(Use only last page)  ➤   $

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Form B6E - (Rev. 12/07)                                                    2007 USBC, Central District of California

In re _Aurelio Cortes_
_Maria D. Gonzalez_    Debtor.    Case No.: _2-10-bk-16.500_    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**: Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**: Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**: Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**: Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**: Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**: Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

Form B6E - (Rev. 12/07)                                                    2007 USBC, Central District of California

In re _Aurelio Cortes_                          Case No.: _____
     _Maria D. Gonzalez_            Debtor.     _2:10-bk-16500_    (If known)

☐ **Taxes and Certain Other Debts Owed to Governmental Units**: Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**: Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**: Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 *Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ Continuation Sheets attached

Form B6E - (Rev. 12/07)                                                2007 USBC, Central District of California

In re  *Aurelio Cortes* _____          Case No.: _____

      *Maria D. Gonzalez* _____     Debtor.  2:10-bk-16500    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet _____

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of Account No. | | | | | | | | | |
| Last four digits of Account No. | | | | | | | | | |
| Last four digits of Account No. | | | | | | | | | |
| Last four digits of Account No. | | | | | | | | | |
| Last four digits of Account No. | | | | | | | | | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals ➤ (Totals of this page) | | | | $ | $ | |
| | | | Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

In re ~~Adult~~ Aurelio Cortes
Maria D Gonzalez                                              Debtor.    2:10 bk 16 500 VZ (If known)

Case No.:

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 8039<br>Capital One | | | | | | | 1,336.90 |
| Last four digits of ACCOUNT NO. 3741<br>Capital one | | | | | | | 7,000 |
| Last four digits of ACCOUNT NO. 2017<br>GoodYear Process Center Des Moines IA 503 | | | | | | | 3,165.72 |
| Last four digits of ACCOUNT NO. 0428<br>GOS CCA Po Box 439 Norwell, MA 02061-0439 | | | | | | | 349.59 |

Subtotal ➤ $ 1,852.21

Sheet no. ___ of ___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)    ➤  $

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

In re  Aureuc  Costes
Maria D. Gonzalez

Case No.:  7  16500
Debtor.  2:10-bk-16500-VZ  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  9513  Best Buy Po Box 6010 ca City of industry 91760 | | | | | | | 1009.60 |
| Last four digits of ACCOUNT NO.  0577  C B E Waterloo Group Inc  IN 50701 131 Tower Park Dr Suite 100 | | | | | | | 226.94 |
| Last four digits of ACCOUNT NO.  0577  Dish Network Po Box 7203 Pasadena 911097303 | | | | | | | 303.19 |
| Last four digits of ACCOUNT NO.  The Law Office of Harrison Ross Byck, Esq PC 229 # Plaza Blvd Suite #2 Morrisvile, PA 19067 | | | | | | | 3,929.00 |

Sheet no. ___ of ___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $

**Total**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

➤ $5,485.73

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

In re _Aurelio Cortes_
_Maria D. Gonzalez_                    Case No.:
                                         Debtor.  2·10-bk·16500    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  8902  Chase Card member service PO Box 94011 | | | | | | | 2,399.85 |
| Last four digits of ACCOUNT NO.  3251  JC Penney Po Box 960090 Orlando Fl 0090 | | | | | | | 633.58 |
| Last four digits of ACCOUNT NO.  9316  Home Depot PO Box 183076 | | | | | | | 815.80 |
| Last four digits of ACCOUNT NO.  8352  Capital one | | | | | | | 7,280.93 |

Sheet no. ___ of ___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.) ➤  $ 11,130.16

Form B6G - (12/07)                                                    2007 USBC, Central District of California

In re Aurelio Cortes                          Case No.: 7
Marie D Gonzalez                    Debtor.   2:10 bk 16500 V (Unknown)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide
the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the
leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John
Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| | |

Form B6H - (12/07)                                              2007 USBC, Central District of California

In re  Aurelio Cortes                          Case No.:
Maria D Gonzalez                    Debtor.    (If known)  2:10 bk 16500 VZ

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6I - (Rev. 12/07)                                                2007 USBC, Central District of California

In re Aurelio Cortes                                    Case No.: 7
Maria D Gonzalez                          Debtor.  2:10-bk-16500 VZ (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S) | AGE(S) |
| Employment: | DEBTOR | SPOUSE |
| Occupation | Manager | Janitor |
| Name of Employer | La Superior Market | Kaiser |
| How Long Employed | 10 | 2 |
| Address of Employer | South Gate, CA | South Gate, CA |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 3711 | $ 2056 |
| 2. | Estimate monthly overtime | $ combined | $ combined |
| 3. | **SUBTOTAL** | $ 2711 | $ 2056 |
| 4. | **LESS PAYROLL DEDUCTIONS** | | |
| | a. Payroll taxes and social security | $ | $ |
| | b. Insurance | $ | $ |
| | c. Union dues | $ | $ |
| | d. Other (specify) _____ | $ | $ |
| 5. | **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | $ |
| 6. | **TOTAL NET MONTHLY TAKE HOME PAY** | $ 2711 | $ 1956 |
| 7. | Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. | Income from real property | $ | $ |
| 9. | Interest and dividends | $ | $ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | $ |
| 11. | Social security or other government assistance (Specify) _____ | $ | $ |
| 12. | Pension or retirement income | $ | $ |
| 13. | Other monthly income (Specify) _____ | $ | $ |
| 14. | **SUBTOTAL OF LINES 7 THROUGH 13** | $ | $ |
| 15. | **AVERAGE MONTHLY INCOME:** (Add amounts shown on lines 6 and 14) | $ | $ |
| 16. | **COMBINED AVERAGE MONTHLY INCOME** (Combine column totals from line 15) | $ 4,667 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____

_____

Form B6J - (Rev. 12/07)                                                    2007 USBC, Central District of California

In re Aurelio Cortes                                    Case No.: 7
Maria D Gonzalez                          Debtor.    2:10 bk 16500 VZ (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.
Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated
on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of
    expenditures labeled "Spouse."

1.  Rent or home mortgage payment (include lot rented for mobile home)                          $  1

    a. Are real estate taxes included?      Yes _____     No ✓
    b. Is property insurance included?      Yes _____     No ✓

2.  Utilities:  a.  Electricity and heating fuel                                                $  200
                b.  Water and sewer                                                             $  80
                c.  Telephone                                                                   $  35
                d.  Other _____                                            $
3.  Home maintenance (repairs and upkeep)                                                       $  100
4.  Food                                                                                        $  353
5.  Clothing                                                                                    $  50
6.  Laundry and dry cleaning                                                                    $  250
7.  Medical and dental expenses                                                                 $
8.  Transportation (not including car payments)                                                 $
9.  Recreation, clubs and entertainment, newspapers, magazines, etc.                            $
10. Charitable contributions                                                                    $  150
11. Insurance (not deducted from wages or included in home mortgage payments)
                a.  Homeowner's or renter's                                                     $
                b.  Life                                                                        $
                c.  Health                                                                      $
                d.  Auto                                                                        $
                e.  Other _____                                            $
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____                                                         $
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
                a.  Auto                                                                        $
                b.  Other _____                                            $
                c.  Other _____                                            $
14. Alimony, maintenance, and support paid to others                                           $  0
15. Payments for support of additional dependents not living at your home                       $  0
16. Regular expenses from operation of business, profession, or farm (attach detailed statement) $  0
17. Other _____                                                            $

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,        $  1165
    If applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the
    filing of this document: _____
    _____

20. STATEMENT OF MONTHLY NET INCOME
                a.  Total monthly income from Line 15 of Schedule I                             $
                b.  Total monthly expenses from Line 18 above                                   $
                c.  Monthly net income (a. minus b.)                                            $

Form B6 - Declaration (Rev. 12/07)                                        2007 USBC, Central District of California

In re Aurelio Clarks                                    Case No.: 7
Maria D Gonzalez                           Debtor.   (If known) 2:10 bk 16500 VZ

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date 2/5/10                           Signature: _____
                                                Debtor

Date 2/5/10                           Signature: _____
                                                (Joint Debtor, if any)
                                                [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer   Social Security No.
                                                (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____
_____
_____
Address

X _____          _____
   Signature of Bankruptcy Petition Preparer                 Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.          *(Total shown on summary page plus 1.)*

Date _____          Signature: _____

                                                _____
                                                [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re _Aureuo Curtes_
_Maria J Gunzalez_                                    Debtor.

Case No.: _7_
_J:10 bK 16500 V2_  (If known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## Definitions

**"In business."** A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

**"Insider."** The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

1.      **Income from Employment or Operation of Business**

None     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation
☐        of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

**2.      Income Other than from Employment or Operation of Business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                SOURCE

---

**3.      Payments to Creditors**

*Complete a. or b., as appropriate, and c.*

None ☐   a.   Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None ☑   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

Statement of Financial Affairs (Form 7) - Page 3 - (Rev. 12/07)                                    2007 USBC, Central District of California

None   c.   All debtors: List all payments made within **one year** immediately preceding the commencement of this case to or
☐        for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must
         include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
         separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

**4.      Suits and Administrative Proceedings, Executions, Garnishments and Attachments**

None   a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☑        preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
         information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are
         separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

---

None   b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
☐        year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter
         13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
         unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

Statement of Financial Affairs (Form 7) - Page 4 - (Rev. 12/07)                    **2007 USBC, Central District of California**

**5.    Repossessions, Foreclosures and Returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
☐       of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
        (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.    Assignments and Receiverships**

None  a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the
☑       commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment
        by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
        petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year**
☐       immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
        must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
        the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

Statement of Financial Affairs (Form 7) - Page 5 - (Rev. 12/07)                    2007 USBC, Central District of California

### 7.    Gifts

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case
☐    except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member
and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or
chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8.    Losses

None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement
☑    of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must
include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9.    Payments Related to Debt Counseling or Bankruptcy

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☑    consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy
within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**10.    Other Transfers**

None    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of
☑         the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement
           of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both
           spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None    b.    List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case
☑         to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.    Closed Financial Accounts**

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
☑       closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include
        checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts
        held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
        institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
        instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are
        separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.    Safe Deposit Boxes**

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables
☐      within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
       chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless
       the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.    Setoffs**

None    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding
☑      the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information
       concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
       petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.    Property Held for Another Person**

None    List all property owned by another person that the debtor holds or controls.
☐

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.    Prior Address of Debtor**

None    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which
☑    the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is  filed,
report also any separate address of either spouse.

ADDRESS                         NAME USED                    DATES OF OCCUPANCY

**16.    Spouses and Former Spouses**

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
☐    California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former
spouse who resides or resided with the debtor in the community property state.

NAME

**17.    Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination,
releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or
other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes,
or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance,
hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit
☐         that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental
unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME            NAME AND ADDRESS            DATE OF        ENVIRONMENTAL
AND ADDRESS          OF GOVERNMENTAL UNIT        NOTICE         LAW

Statement of Financial Affairs (Form 7) - Page 9 - (Rev. 12/07)                    2007 USBC, Central District of California

None  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release
☑      of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
☑      respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or
       was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.  Nature, Location and Name of Business

None  a.  *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
☑      and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
       executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession,
       or other activity either full- or part-time within **six years** immediately preceding the commencement of this case,
       or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately
       preceding the commencement of this case.

       *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
       and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
       of the voting or equity  securities, within **six years** immediately preceding the commencement of this case.

       *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
       and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
       of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN' OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as    defined
☐       in 11 U.S.C. § 101.

    NAME                                    ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

19.   **Books, Records and Financial Statements**

None  a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy
☑       case kept or supervised the keeping of books of account and records of the debtor.

    NAME AND ADDRESS                        DATES SERVICES RENDERED

---

None  b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have
☑       audited the books of account and records, or prepared a financial statement of the debtor.

    NAME                  ADDRESS          DATES SERVICES RENDERED

---

None  c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of
☐       account and records of the debtor. If any of the books of account and records are not available, explain.

    NAME                                    ADDRESS

---

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☑          financial statement was issued by the debtor within **two years** immediately preceding the commencement of this
          case.

      NAME AND ADDRESS                                        DATE ISSUED

---

**20.    Inventories**

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☑          of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR |  |

---

None    b.    List the name and address of the person having possession of the records of each of the inventories reported
☑          in a., above.

      DATE OF INVENTORY                    NAME AND ADDRESS OF CUSTODIAN
                                  OF INVENTORY RECORDS

---

**21.    Current Partners, Officers, Directors and Shareholders**

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
☐          partnership.

      NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or
☑          indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22.    Former Partners, Officers, Directors and Shareholders

None    a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately
☑          preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within
☑          **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23.    Withdrawals from a Partnership or Distributions by a Corporation

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,
☑      including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
during **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any
☑      consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately
       preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which
☑      the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding
       the commencement of the case.

NAME OF PENSION FUND                                TAXPAYER IDENTIFICATION NUMBER (EIN)

● ● ● ● ● ● ● ● ●

Statement of Financial Affairs (Form 7) - Page 14 - (Rev. 12/07)                    2007 USBC, Central District of California

*[If completed by an individual or individual and spouse]*

   I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and
any attachments thereto and that they are true and correct.

Date _____3/5/10_____          Signature _____
                                                                       *Debtor*
Date _____3/5/10_____          Signature _____
                                                                       *Joint Debtor (if any)*

-------------------------------------------------------------------------------------------------------------------------

*[If completed on behalf of a partnership or corporation]*

   I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and
any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____          Signature _____


                                                         _____
                                                         Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                          _____ continuation sheets added

         *Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

-------------------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
### (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2)  I prepared this document
for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§
110(b), 110(h), and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee
for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any
document for filing for a debtor or accepting any fee from the debtor, as required by that section.


_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Complete Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer,
principal, responsible person, or partner who signs this document.*


_____

_____
Address


_____          _____
*Signature of Bankruptcy Petition Preparer*                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document if the bankruptcy
petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each
person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure
may result in fines or imprisonment or both.  18 U.S.C. § 156.***

Form B8 (Official Form 8) - (Rev. 12/08) - Page 1                           2008 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re _Aurelio Cortes_                  Case No.: ?

_Maria D. Gonzalez_          Debtor    Chapter: 2:10 bk-16500-

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
___ Surrendered          ___ Retained

If retaining the property, I intend to *(check at least one)*:
___ Redeem the property
___ Reaffirm the debt
___ Other. Explain_____ (for example, avoid lien using
11 U.S.C. § 522(f)).

Property is *(check one)*:
___ Claimed as exempt          ___ Not claimed as exempt

| Property No. 2 *(if necessary)* | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
___ Surrendered          ___ Retained

If retaining the property, I intend to *(check at least one)*:
___ Redeem the property
___ Reaffirm the debt
___ Other. Explain_____ (for example, avoid lien using
11 U.S.C. § 522(f)).

Property is *(check one)*:
___ Claimed as exempt          ___ Not claimed as exempt

Form B8 (Official Form 8) - (Rev. 12/08) - Page 2                    2008 USBC, Central District of California

**PART B** – Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ___       NO ___ |

| Property No. 2 (*if necessary*) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ___       NO ___ |

| Property No. 3 (*if necessary*) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ___       NO ___ |

_____ continuation sheets attached (*if any*)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____          _____
                                        Signature of Debtor

                                        _____
                                        Signature of Joint Debtor

Form B8 (Official Form 8) - (Rev. 12/08) - Page 3                2008 USBC, Central District of California

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A -** Continuation

| Property No. ___ | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
___ Surrendered            ___ Retained

If retaining the property, I intend to *(check at least one)*:
___ Redeem the property
___ Reaffirm the debt
___ Other.  Explain_____ (for example, avoid lien using 11U.S.C. § 522(f)).

Property is *(check one)*:
___ Claimed as exempt        ___ Not claimed as exempt

**PART B -** Continuation

| Property No. ___ | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ___        NO ___ |

| Property No. ___ | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ___        NO ___ |

Statement Regarding Assistance of Non-Attorney - Local Bankruptcy Rule 1002-1 (Rev. 12/03)          2003 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re

*Filipio Cortes*
*Maria D Gonzalez*

Case No.: 2 10 bk 16500 V2

Chapter: 7

## STATEMENT REGARDING ASSISTANCE OF NON-ATTORNEY WITH RESPECT TO THE FILING OF BANKRUPTCY CASE

**THE DEBTOR/JOINT DEBTOR DOES HEREBY STATE AND REPRESENT:**

☐    I received assistance from a non-attorney in connection with the filing of my bankruptcy case.

1.    I paid the sum of $_____

2.    I still owe the sum of $_____

3.    I agreed to turn over or give a security interest in the following property:

4.    The name of the person or the name of the firm that assisted me was:

Name:

Address:

Telephone:

☐    I did not receive assistance from a non-attorney in connection with the filing of my bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at _____, California.

Executed on: _____ 2 - 16 - 2010 _____
Date

_____
Debtor

_____
Joint Debtor

February 2006                                                    2006 USBC Central District of California

|  | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re Aurelio Cortes<br>Maria D Gonzalez                    Debtor(s). | CHAPTER: 7<br>CASE NO.: 2:10 bk-16500 VZ |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, _____Aurelio Cortes_____, the debtor in this case, declare under penalty
*(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☑  I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐  I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____Maria Gonzalez_____, the debtor in this case, declare under penalty of
*(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

☑  I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐  I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date ___3/4/10___          Signature _____
                                                  *Debtor*

Date ___3/4/10___          Signature _____
                                                  *Joint Debtor (if any)*

MARIA D. GONZALEZ
4615 Tweedy Blvd.
South Gate, CA  90280

Kaiser Foundation Hospitals
Employee ID: 00541415
Dept:                    4490    Loc:    0811
Base Rate:    13.658000 Hourly
Workweek Start: Sunday 00.01.00
01/31/10-02/06/10 Rg Rt 13.782853
01/24/10-01/30/10 Rg Rt 13.658000

| TAX DATA: | Federal | State |
|---|---|---|
| Marit.Status: | Married | S/M-2 inc |
| Allowances: | 0 | 0 |
| Addl.Allowan.: | | |
| Addl.Amt.: | | |

Pay Group:  B13          Busin.Unit: B0002
Pay BegDt: 01/24/2010    Advice#:  000002053208255
Pay EndDt: 02/08/2010    Advice Dt: 02/12/2010

## HOURS AND EARNINGS

| Description | Beg Dt | End Dt | Rate | Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular | | | 13.6580000 | 76.54 | 1045.38 | 218.53 | 2884.67 |
| Evening Diff Worked | | | 0.9900000 | 2.93 | 2.90 | 12.33 | 12.21 |
| Eve Diff Work @ 1.5 | | | 1.4857000 | 2.45 | 3.64 | 5.48 | 8.14 |
| Weekly Overtime | | | 20.4942000 | 0.87 | 17.83 | 1.11 | 22.75 |
| Premium Pay @ 1.5 | | | 20.4884000 | 3.46 | 70.89 | 12.21 | 250.15 |
| Doubletime | | | 27.3128000 | 1.95 | 53.26 | 4.75 | 129.74 |
| LEGAL HOL | | | 0.0000000 | 0.00 | 0.00 | 8.00 | 109.26 |
| FPD CSHOUT | | | 0.0000000 | 0.00 | 0.00 | 13.34 | 91.10 |
| BK SICK | | | 0.0000000 | 0.00 | 0.00 | 8.00 | 109.26 |
| SICK ESL | | | 0.0000000 | 0.00 | 0.00 | 8.00 | 109.26 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withhold | 79.09 | 257.60 |
| Fed MED/EE | 17.31 | 55.48 |
| Fed OASDI/EE | 74.03 | 237.25 |
| CA Withholdn | 32.96 | 108.20 |
| CA SDI/EE | 13.13 | 42.09 |
| **Total:** | **216.52** | **700.62** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical | 642.41 | 1927.23 |
| Dental | 19.00 | 57.00 |
| STD | 0.38 | 1.14 |
| Life Insure | 0.30 | 0.90 |
| AD&D | 0.04 | 0.12 |

Total:  HRS WRK CUR 82.82 YTD 236.60    88.20    1193.90    291.75    3826.54

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | | |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 20.91 | 64.07 |
| Total: | 20.91 | 64.07 |

\* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1193.90 | 1193.90 | 216.52 | 20.91 | 956.47 |
| YTD: | 3826.54 | 3826.54 | 700.62 | 64.07 | 3061.85 |

## NET PAY DISTRIBUTION

ROUTING #    322278183    956.47

| Leave Accruals | Current Earned | Bal |
|---|---|---|
| BKS POST | 0.00 | 18.00 |
| Flex Pers | 0.00 | 40.00 |
| Sick/ESL | 0.00 | 112.00 |
| VAC/PTO/ETO | 6.66 | 39.96 |

Total:    956.47

A Payroll Service By Ceridian

Advice No.
000002053208255

**KAISER PERMANENTE**
Kaiser Foundation Hospitals
2701 NW Vaughn Suite 490
Portland, OR  97210

Date: 02/12/2010    Pay Amount:  **$956.47**

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S).  PLEASE REVIEW
THE "NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

MARIA D. GONZALEZ
4615 Tweedy Blvd.
South Gate, CA  90280

NON-NEGOTIABLE

B0002/0811/4490

| MARIA D. GONZALEZ<br>4615 Tweedy Blvd.<br>South Gate, CA 90280 | Kaiser Foundation Hospitals<br>Employee ID: 00541415<br>Dept:       4490   Loc:    0811<br>Base Rate:   13.658000 Hourly<br>Workweek Start: Sunday 00.01.00<br>01/10/10-01/16/10 Rg Rt 13.658000 | TAX DATA:           Federal     State |
|---|---|---|
| | | Marit.Status:   Married    S/M-2<br>Allowances:   0          0<br>Addl.Allowan.:<br>Addl.Amt.: |
| Pay Group:  B13   Busin.Unit: B0002<br>Pay B   :  01/10/2010  Advice#:   000002053202611<br>Pay i   :  01/23/2010  Advice Dt: 01/29/2010 | | |

## HOURS AND EARNINGS / TAXES

| Description  Beg Dt End Dt | Rate | Hours | Earnings (Current) | Hours (YTD) | Earnings (YTD) | Description (TAXES) | Current | |
|---|---|---|---|---|---|---|---|---|
| Regular | 13.6580000 | 74.08 | 1011.78 | 141.99 | 1939.29 | Fed Withhold | 94.72 | 178 |
| Evening Diff Worked | 0.9900000 | 2.92 | 2.89 | 9.40 | 8.31 | Fed MED/EE | 18.82 | 38 |
| Flex Pers Day CshOut | 13.6580000 | 13.34 | 91.10 | 13.34 | 91.10 | Fed OASDI/EE | 80.48 | 163 |
| SICK/ESL | 13.6580000 | 8.00 | 109.26 | 8.00 | 109.26 | CA Withhold | 40.13 | 75 |
| Eve Diff Work @ 1.5 | 1.4782000 | 0.23 | 0.34 | 3.03 | 4.50 | CA SDI/EE | 14.28 | 28 |
| Weekly Overtime | 20.5000000 | 0.22 | 4.51 | 0.24 | 4.92 | | | |
| Premium Pay @ 1.5 | 20.4869000 | 3.82 | 78.26 | 8.75 | 179.26 | | | |
| LEGAL HOL | 0.0000000 | 0.00 | 0.00 | 8.00 | 109.26 | | | |
| BK SICK | 0.0000000 | 0.00 | 0.00 | 8.00 | 109.26 | | | |
| WKDT @ 1.0 | 0.0000000 | 0.00 | 0.00 | 2.80 | 78.48 | | | |
| | | | | | | Total: | 248.43 | 484 |

## EMPLOYER PAID BENEFITS

| Description | Current | |
|---|---|---|
| Medical | 642.41 | 1284. |
| Dental | 19.00 | 38. |
| STD | 0.38 | 0. |
| Life Insure | 0.30 | 0. |
| AD&D | 0.04 | 0. |

Total:  HRS WRK CUR  78.12 YTD  153.78  102.61      1298.14  203.55  2632.64

## BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS

| Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|
| | | | Union Dues | 22.42 | 43.16 |
| Total: | | | Total: | 22.42 | 43.16 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET F |
|---|---|---|---|---|---|
| Current: | 1298.14 | 1298.14 | 248.43 | 22.42 | 1027 |
| YTD: | 2632.64 | 2632.64 | 484.10 | 43.16 | 2105 |

| Leave Accruals | Current Earned | Bal | NET PAY DISTRIBUTION | |
|---|---|---|---|---|
| BKS POST | 0.00 | 18.00 | ROUTING #  322278183 | 1027 |
| Flex Pers | 0.00 | 40.00 | | |
| Sick/ESL | 0.00 | 112.00 | | |
| VAC/PTO/ETO | 0.00 | 33.30 | | |
| | | | Total: | 1027 |

Statement Of Earnings    Detach ... ... ... ... ... your records.    A Payroll Service By Ceridian

Advice No.
000002053202611

**KAISER PERMANENTE.**
Kaiser Foundation Hospitals          Date: 01/29/2010      Pay Amount: **$1027.29**
2701 NW Vaughn Suite 490
Portland, OR 97210

*YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW*
*THE "NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.*

      MARIA D. GONZALEZ
      4615 Tweedy Blvd.
      South Gate, CA  90280                          NON-NEGOTIABLE

      B0002/0811/4490

THIS CHECK CONTAINS A SECURITYMARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY

MARIA D. GONZALEZ
4615 Tweedy Blvd.
South Gate, CA  90280

| | | | | Kaiser Foundation Hospitals | | | TAX DATA: | Federal | State |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Employee ID: 00541415 | | | Marit.Status: | Married | S/M-2 ii |
| | | | | Dept:       4490     Loc:    0811 | | | Allowances: | 0 | 0 |
| | | | | Base Rate:   13.658000 Hourly | | | Addl.Allowan.: | | |
| | | | | Workweek Start: Sunday 00.01.00 | | | Addl.Amt.: | | |
| Pay Group:   B13 | | Busin.Unit: 80002 | | 01/31/10-02/06/10 Rg Rt 13.782853 | | | | | |
| Pay BegDt:   01/24/2010 | | Advice#:    000002053208255 | | 01/24/10-01/30/10 Rg Rt 13.658000 | | | | | |
| Pay EndDt:   02/06/2010 | | Advice Dt: 02/12/2010 | | | | | | | |

## HOURS AND EARNINGS

|  |  |  | ---------- Current ---------- |  | ---------- YTD ---------- | | | TAXES | |
|---|---|---|---|---|---|---|---|---|---|
| Description Beg Dt End Dt | Rate | Hours | | Earnings | Hours | Earnings | Description | Current | YT |
| Regular | 13.6580000 | 76.54 | | 1045.38 | 218.53 | 2984.67 | Fed Withhold | 79.09 | 257.6 |
| Evening Diff Worked | 0.9900000 | 2.93 | | 2.90 | 12.33 | 12.21 | Fed MED/EE | 17.31 | 55.4 |
| Eve Diff Work @ 1.5 | 1.4857000 | 2.45 | | 3.84 | 5.48 | 8.14 | Fed OASDI/EE | 74.03 | 237.2 |
| Weekly Overtime | 20.4942000 | 0.87 | | 17.83 | 1.11 | 22.75 | CA Withholdn | 32.96 | 108.2 |
| Premium Pay @ 1.5 | 20.4884000 | 3.46 | | 70.89 | 12.21 | 250.15 | CA SDI/EE | 13.13 | 42.0 |
| Doubletime | 27.3128000 | 1.95 | | 53.26 | 4.75 | 129.74 | | | |
| LEGAL HOL | 0.0000000 | 0.00 | | 0.00 | 8.00 | 109.26 | | | |
| FPD CSHOUT | 0.0000000 | 0.00 | | 0.00 | 13.34 | 91.10 | | | |
| BK SICK | 0.0000000 | 0.00 | | 0.00 | 8.00 | 109.26 | | | |
| SICK ESL | 0.0000000 | 0.00 | | 0.00 | 8.00 | 109.26 | | | |
| | | | | | | | Total: | 216.52 | 700.6 |

### EMPLOYER PAID BENEFITS

| Description | Current | YT |
|---|---|---|
| Medical | 642.41 | 1927.2 |
| Dental | 19.00 | 57.0 |
| STD | 0.38 | 1.1 |
| Life Insure | 0.20 | 0.9 |
| AD&D | 0.04 | 0.1 |

| Total:  HRS WRK CUR  82.82 YTD  236.60 | 88.20 | 1193.90 | 291.75 | 3826.54 |
|---|---|---|---|---|

### BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | |

| Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|
| | | | Union Dues | 20.91 | 64.07 |
| Total: | | | Total: | 20.91 | 64.07 |

| | TOTAL GROSS | | FED TAXABLE GROSS | | TOTAL TAXES | | TOTAL DEDUCTIONS | | NET PA |
|---|---|---|---|---|---|---|---|---|---|
| Current: | 1193.90 | | | 1193.90 | | 216.52 | | 20.91 | 956.4 |
| YTD: | 3826.54 | | | 3826.54 | | 700.62 | | 64.07 | 3061.8 |

| Leave Accruals | Current Earned | Bal |
|---|---|---|
| BKS POST | 0.00 | 18.00 |
| Flex Pers | 0.00 | 40.00 |
| Sick/ESL | 0.00 | 112.00 |
| VAC/PTO/ETO | 6.68 | 39.95 |

* Taxable

### NET PAY DISTRIBUTION

| ROUTING + | 322278183 | 956.4 |
|---|---|---|
| Total: | | 956.4 |

Advice No.
000002053208255

KAISER PERMANENTE
Kaiser Foundation Hospitals
2701 NW Vaughn Suite 490
Portland, OR  97210

Date: 02/12/2010    Pay Amount:  $956.47

*YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S).  PLEASE REVIEW*
*THE "NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.*

MARIA D. GONZALEZ
4615 Tweedy Blvd.
South Gate, CA  90280

NON-NEGOTIABLE

B0002/0811/4490

| MARIA D. GONZALEZ<br>4615 Tweedy Blvd.<br>South Gate, CA 90280 | Kaiser Foundation Hospitals<br>Employee ID: 00641415<br>Dept: 4490 Loc: 0811<br>Base Rate: 13.658000 Hourly<br>Workweek Start: Sunday 00.01.00 | TAX DATA: Federal S<br>Marit.Status: Married S<br>Allowances: 0 0<br>Addl.Allowan.:<br>Addl.Amt.: |
|---|---|---|
| Pay Group: B13  Busin.Unit: B0002<br>Pay P : 01/10/2010  Advice#: 00000205320261<br>Pay : 01/23/2010  Advice Dt: 01/29/2010 | 01/10/10-01/16/10 Rg Rt 13.658000 | |

## HOURS AND EARNINGS / TAXES

| Description Beg Dt End Dt | Rate | Hours | Earnings | Hours | Earnings | Description | Current |
|---|---|---|---|---|---|---|---|
| Regular | 13.6580000 | 74.08 | 1011.78 | 141.99 | 1939.29 | Fed Withhold | 94.72 |
| Evening Diff Worked | 0.9900000 | 2.92 | 2.89 | 9.40 | 9.31 | Fed MED/EE | 13.82 |
| Flex Pers Day CshOut | 13.6580000 | 13.34 | 91.10 | 13.34 | 91.10 | Fed OASDI/EE | 80.48 |
| SICK/ESL | 13.6580000 | 8.00 | 109.26 | 8.00 | 109.26 | CA Withholdn | 40.13 |
| Eve Diff Work @ 1.5 | 1.4782000 | 0.23 | 0.34 | 3.03 | 4.50 | CA SDI/EE | 14.28 |
| Weekly Overtime | 20.5000000 | 0.22 | 4.51 | 0.24 | 4.92 | | |
| Premium Pay @ 1.5 | 20.4869000 | 3.82 | 78.26 | 8.75 | 179.26 | | |
| LEGAL HOL | 0.0000000 | 0.00 | 0.00 | 8.00 | 109.26 | | |
| BK SICK | 0.0000000 | 0.00 | 0.00 | 8.00 | 109.26 | | |
| WKDT @ 1.0 | 0.0000000 | 0.00 | 0.00 | 2.80 | 76.48 | | |

| | | Total: | 248.43 |
|---|---|---|---|

### EMPLOY . AID BENEFITS

| Description | Current |
|---|---|
| Medical | 642.41 |
| Dental | 19.00 |
| STD | 0.38 |
| Life Insure | 0.30 |
| AD&D | 0.04 |

| Total: HRS WRK CUR 78.12 YTD 153.78 102.61 | 1298.14 | 203.55 | 2632.64 |
|---|---|---|---|

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD |
| | | | Union Dues | 22.42 | 43.16 |
| Total: | | | Total: | 22.42 | 43.16 |

| TOTAL GROSS | | FED TAXABLE GROSS | | TOTAL TAXES | | TOTAL DEDUCTIONS | NI | Taxable |
|---|---|---|---|---|---|---|---|---|
| Current: | 1298.14 | | 1298.14 | | 248.43 | | 22.42 | |
| YTD: | 2632.64 | | 2632.64 | | 484.10 | | 43.16 | |

| Leave Accruals | Current Earned | Bal |
|---|---|---|
| BK5 POST | 0.00 | 18.00 |
| Flex Pers | 0.00 | 40.00 |
| Sick/ESL | 0.00 | 112.00 |
| VAC/PTO/ETO | 0.00 | 33.30 |

### NET PAY DISTRIBUTION

| ROUTING # 322273163 | |
|---|---|
| Total: | |

---

**KAISER PERMANENTE**

Kaiser Foundation Hospitals
2701 NW Vaughn Suite 490
Portland, OR 97210

Date: 01/29/2010    Pay Amount:  $1027.29

*YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.*

MARIA D. GONZALEZ
4615 Tweedy Blvd.
South Gate, CA  90280

NON-NEGOTIAB

B0002/0811/4490

Advice No.
00000205320261

MARIA D. GONZALEZ
4615 Tweedy Blvd
South Gate, CA  90280

Kaiser Foundation Hospitals
Employee ID: 00541415
Dept:        4490    Loc:    0811
Base Rate:    12.6580000 Hourly
Workweek Start: Sunday 00.01.00

| TAX DATA: | Federal | State |
|---|---|---|
| Marit.Status: | Married | S/M-2 inc |
| Allowances: | 0 | 0 |
| Addl Allowan.: | | |
| Addl.Amt.: | | |

Pay Group    B13        Busin.Unit: B0002
Pay     :    12/13/2009    Advice#:    000002053191359
Pay     :    12/26/2009    Advice Dt: 12/31/2009

## HOURS AND EARNINGS

| Description | Beg Dt End Dt | Rate | Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|
| Regular | | 13.6580000 | 63.56 | 873.56 | 1794.43 | 22912.91 |
| Legal Holiday | | 13.6580000 | 8.00 | 109.26 | 8.00 | 109.26 |
| Premium Pay ≥ 1.5 | | 20.5000000 | 0.12 | 2.46 | 40.98 | 780.02 |
| EVE DIF WK | | 0.0000000 | 0.00 | 0.00 | 225.59 | 223.40 |
| ONCALL DIF | | 0.0000000 | 0.00 | 0.00 | 1270.35 | 1270.35 |
| HOLWK2.5≥1 | | 0.0000000 | 0.00 | 0.00 | 18.07 | 514.89 |
| SICK ESL | | 0.0000000 | 0.00 | 0.00 | 14.00 | 187.30 |
| EVE 1.5 ≥1 | | 0.0000000 | 0.00 | 0.00 | 4.84 | 7.18 |
| WKLY OT 1 | | 0.0000000 | 0.00 | 0.00 | 38.31 | 726.02 |
| OT ADJST | | 0.0000000 | 0.00 | 0.00 | 0.00 | 13.75 |
| PRH DT ≥1 | | 0.0000000 | 0.00 | 0.00 | 3.93 | 99.26 |
| EVE 2.0 ≥1 | | 0.0000000 | 0.00 | 0.00 | 2.72 | 5.38 |
| WKDT ≥ 1.0 | | 0.0000000 | 0.00 | 0.00 | 0.55 | 13.90 |
| 2.5 ≥ 1.0 | | 0.0000000 | 0.00 | 0.00 | 0.13 | 4.23 |
| DAYS WKD | | 0.0000000 | 0.00 | 0.00 | 156.00 | 0.00 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withhold | 40.20 | 1441.90 |
| Fed MED/EE | 14.28 | 389.93 |
| Fed OASDI/EE | 61.09 | 1665.20 |
| CA Withholdn | 22.01 | 566.83 |
| CA SDI/EE | 10.84 | 295.55 |
| | | |
| Total: | 148.42 | 4359.46 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical | 0.00 | 3584.94 |
| Dental | 0.00 | 109.62 |
| Life Insure | 0.00 | 1.80 |
| ADbD | 0.00 | 0.24 |
| STD | 0.00 | 2.28 |

Total:  HRS WRK CUR  64.08 YTD 1894.40    72.08        985.28    3575.90    26867.75

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD |
| | | | Union Dues | 19.66 | 479.67 |
| Total: | | | Total: | 19.66 | 479.67 |

· Taxable

| TOTAL GROSS | | FED TAXABLE GROSS | TOTAL TAXES | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 985.28 | 985.28 | | 148.42 | 19.66 | 817.20 |
| YTD: | 26867.75 | 26867.75 | | 4359.46 | 479.67 | 22023.62 |

| Leave Accruals | Current Earned | Bal |
|---|---|---|
| Flex Pers | 0.00 | 13.34 |
| Sick/ESL | 0.00 | 26.00 |
| VAC/PTO/ETO | 0.00 | 28.64 |

### NET PAY DISTRIBUTION

| ROUTING # | 322278183 | 817.20 |
|---|---|---|
| | | |
| Total: | | 817.20 |

Advice No.
000002053191359

KAISER
PERMANENTE
Kaiser Foundation Hospitals
2701 NW Vaughn Suite 490
Portland, OR  97210

Date: 12/31/2009        Pay Amount:  $817.20

*YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.*

MARIA D. GONZALEZ
4615 Tweedy Blvd.
South Gate, CA  90280

NON-NEGOTIABLE

B0002/0811/4490

MARIA D. GONZALEZ
4615 Tweedy Blvd.
South Gate, CA 90280

Kaiser Foundation Hospitals
Employee ID: 00541415
Dept:        4490   Loc:   0811
Base Rate:   13.858000 Hourly
Workweek Start: Sunday 00.01.00

| TAX DATA: | Federal | State |
|---|---|---|
| Marit.Status: | Married | S/M-2 INC |
| Allowances: | 0 | 0 |
| Addl.Allowan.: | | |
| Addl.Amt.: | | |

Pay Group:  B13        Busin.Unit: B0002
Pay    :   11/29/2009  Advice#:   000002053185710
Pay    :   12/12/2009  Advice Dt: 12/18/2009

## HOURS AND EARNINGS

| Description | Beg Dt End Dt | Rate | Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|
| Regular | | 13.8580000 | 71.40 | 975.18 | 1730.47 | 22039.25 |
| Evening Diff Worked | | 0.9900000 | 3.50 | 3.47 | 225.59 | 223.40 |
| SICK/ESL | | 13.8580000 | 8.00 | 109.26 | 14.00 | 187.30 |
| Premium Pay F 1.5 | | 20.5000000 | 0.02 | 0.41 | 40.86 | 777.56 |
| ONCALL DIF | | 0.0000000 | 0.00 | 0.00 | 1270.35 | 1270.35 |
| HOLWK2.5F1 | | 0.0000000 | 0.00 | 0.00 | 16.07 | 514.89 |
| OT ADJST | | 0.0000000 | 0.00 | 0.00 | 0.00 | 13.75 |
| EVE 1.5 F1 | | 0.0000000 | 0.00 | 0.00 | 4.84 | 7.18 |
| WKLY OT 1 | | 0.0000000 | 0.00 | 0.00 | 38.31 | 728.02 |
| EVE 2.0 F1 | | 0.0000000 | 0.00 | 0.00 | 2.72 | 5.38 |
| WKDT F 1.0 | | 0.0000000 | 0.00 | 0.00 | 0.55 | 13.90 |
| PRM DT F1 | | 0.0000000 | 0.00 | 0.00 | 3.93 | 99.26 |
| 2.5 F 1.0 | | 0.0000000 | 0.00 | 0.00 | 0.13 | 4.23 |
| DAYS WKD | | 0.0000000 | 0.00 | 0.00 | 156.00 | 0.00 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withhold | 55.65 | 1401.70 |
| Fed MED/EE | 15.78 | 375.30 |
| Fed OASDI/EE | 67.47 | 1604.71 |
| CA Withholdn | 26.83 | 544.62 |
| CA SDI/EE | 11.97 | 284.71 |
| | | |
| Total: | 177.70 | 4211.04 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical | 597.49 | 3584.94 |
| Dental | 18.27 | 109.62 |
| STD | 0.38 | 2.28 |
| Life Insure | 0.30 | 1.80 |
| AD&D | 0.04 | 0.24 |

Total:  HRS WRK CUR  71.42 YTD 1830.32    82.92    1088.32    3503.82    25882.47

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 21.69 | 460.01 |

Total:    Total:    21.69    460.01   × Taxable

| TOTAL GROSS | | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1088.32 | 1088.32 | 177.70 | 21.69 | 888.93 |
| YTD: | 25882.47 | 25882.47 | 4211.04 | 460.01 | 21211.42 |

| Leave Accruals | Current Earned | Bal |
|---|---|---|
| Flex Pers | 0.00 | 13.34 |
| Sick/ESL | 0.00 | 26.00 |
| VAC/PTO/ETO | 6.66 | 26.84 |

### NET PAY DISTRIBUTION

| ROUTING # | 322276189 | 888.93 |
|---|---|---|
| | | |
| Total: | | 888.93 |

Advice No.
000002053185710

KAISER
PERMANENTE
Kaiser Foundation Hospitals        Date: 12/18/2009    Pay Amount:  $888.93
2701 NW Vaughn Suite 490
Portland, OR 97210

*YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S)  PLEASE REVIEW*
*THE "NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.*

MARIA D. GONZALEZ
4615 Tweedy Blvd.
South Gate, CA 90280                       NON-NEGOTIABLE

B0002/0811/4490

Super Center Concepts, Inc. 15510 Carmenita Road, Santa Fe Springs, CA 90670

| 15120 EMPLOYEE NO | DEPARTMENT | | Aurelio Cortes EMPLOYEE NAME | | XXX-XX-8179 SOCIAL SECURITY NUMBER | 01/04/2010 PERIOD START | 01/10/2010 PERIOD END | 21433047 CHECK NO |
|---|---|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | HRLY RATE | GROSS AMT. | YEAR TO DATE | DEDUCTIONS | | CURRENT AMT. | YEAR TO DATE |
| | | | | | CA Disability | | 9.02 | 14.52 |
| Overtime Wages | 8.75 | 24.00 | 210.00 | 228.00 | CA Income Tax | | 15.84 | 21.42 |
| Regular Wages | 40.00 | 16.00 | 640.00 | 1,152.00 | Employee Life Ins | | 5.40 | 10.80 |
| | | | | | Federal Income Tax | | 62.47 | 79.01 |
| | | | | | LTD | | 3.82 | 7.64 |
| | | | | | Medical HMO PreTax | | 30.00 | 60.00 |
| | | | | | Medicare Tax | | 11.89 | 19.14 |
| | | | | | Social Security Tax | | 50.84 | 81.84 |
| | | | | | Spouse Life Insurance | | 4.32 | 8.64 |
| | | | | | Vacation Balance: | | 38.85 | |

| 16.00 PAY RATE | 850.00 GROSS WAGES EARNED | 193.60 CURRENT DED. | 656.40 NET PAY | 1,380.00 YTD EARNINGS | 303.01 YTD DED. | 1,076.99 YTD NET PAY |
|---|---|---|---|---|---|---|

Super Center Concepts, Inc. 15510 Carmenita Road Santa Fe Springs, CA 90670

| 15120 EMPLOYEE NO | DEPARTMENT | | Aurelio Cortes EMPLOYEE NAME | | XXX-XX-8179 SOCIAL SECURITY NUMBER | 01/25/2010 PERIOD START | 01/31/2010 PERIOD END | 21441377 CHECK NO |
|---|---|---|---|---|---|---|---|---|

| EARNINGS | HRS/UNITS | HRLY RATE | GROSS AMT. | YEAR TO DATE | DEDUCTIONS | CURRENT AMT. | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Overtime Wages | 11.50 | 24.00 | 276.00 | 978.00 | CA Disability | 9.75 | 42.90 |
| Regular Wages | 40.00 | 16.00 | 640.00 | 3,072.00 | CA Income Tax | 18.93 | 74.56 |
| | | | | | Employee Life Ins. | 5.40 | 27.00 |
| | | | | | Federal Income Tax | 72.37 | 284.42 |
| | | | | | LTD | 3.82 | 19.10 |
| | | | | | Medical HMO PreTax | 30.00 | 150.00 |
| | | | | | Medicare Tax | 12.85 | 56.55 |
| | | | | | Social Security Tax | 54.93 | 241.80 |
| | | | | | Spouse Life Insurance | 4.32 | 21.60 |
| | | | | | Vacation Balance: | 44.40 | |

| 16.00 PAY RATE | 916.00 GROSS WAGES EARNED | 212.37 CURRENT DED. | 703.63 NET PAY | 4,050.00 YTD EARNINGS | 917.93 YTD DED. | 3,132.07 YTD NET PAY |
|---|---|---|---|---|---|---|

Super Center Concepts, Inc, 15510 Carmenita Road, Santa Fe Springs, CA 90670

| 15120 | | Aurelio Cortes | | XXX-XX-8179 | 01/18/2010 | 01/24/2010 | 21438606 |
|---|---|---|---|---|---|---|---|
| EMPLOYEE NO | DEPARTMENT | EMPLOYEE NAME | | SOCIAL SECURITY NUMBER | PERIOD START | PERIOD END | CHECK NO |

| EARNINGS | HRS/UNITS | HRLY RATE | GROSS AMT. | YEAR TO DATE | DEDUCTIONS | CURRENT AMT. | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Overtime Wages | 9.25 | 24.00 | 222.00 | 702.00 | CA Disability | 9.15 | 33.15 |
| Regular Wages | 40.00 | 16.00 | 640.00 | 2,432.00 | CA Income Tax | 16.40 | 55.63 |
| | | | | | Employee Life Ins. | 5.40 | 21.60 |
| | | | | | Federal Income Tax | 64.27 | 212.05 |
| | | | | | LTD | 3.82 | 15.28 |
| | | | | | Medical HMO PreTax | 30.00 | 120.00 |
| | | | | | Medicare Tax | 12.06 | 43.70 |
| | | | | | Social Security Tax | 51.59 | 186.87 |
| | | | | | Spouse Life Insurance | 4.32 | 17.28 |
| | | | | | Vacation Balance: | 42.55 | |

| 16.00 | 862.00 | 197.01 | 664.99 | 3,134.00 | 705.56 | 2,428.44 |
|---|---|---|---|---|---|---|
| PAY RATE | GROSS WAGES EARNED | CURRENT DED. | NET PAY | YTD EARNINGS | YTD DED. | YTD NET PAY |

| 15120 EMPLOYEE NO | DEPARTMENT | Aurelio Cortes EMPLOYEE NAME | XXX-XX-8179 SOCIAL SECURITY NUMBER | 01/11/2010 PERIOD START | 01/17/2010 PERIOD END | 21435836 CHECK NO |
|---|---|---|---|---|---|---|

Super Center Concepts Inc (Farmer Desert Hot Springs, CA 90670)

| EARNINGS | HRS/UNITS | HRLY RATE | GROSS AMT. | YEAR TO DATE | DEDUCTIONS | CURRENT AMT. | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Overtime Wages | 10.50 | 24.00 | 252.00 | 480.00 | CA Disability | 9.48 | 24.00 |
| Regular Wages | 40.00 | 16.00 | 640.00 | 1,792.00 | CA Income Tax | 17.81 | 39.23 |
| | | | | | Employee Life Ins. | 5.40 | 16.20 |
| | | | | | Federal Income Tax | 68.77 | 147.78 |
| | | | | | LTD | 3.82 | 11.46 |
| | | | | | Medical HMO PreTax | 30.00 | 90.00 |
| | | | | | Medicare Tax | 12.50 | 31.64 |
| | | | | | Social Security Tax | 53.44 | 135.28 |
| | | | | | Spouse Life Insurance | 4.32 | 12.96 |
| | | | | | Vacation Balance: | 40.70 | |

| 16.00 PAY RATE | 892.00 GROSS WAGES EARNED | 205.54 CURRENT DED. | 686.46 NET PAY | 2,272.00 YTD EARNINGS | 508.55 YTD DED. | 1,763.45 YTD NET PAY |
|---|---|---|---|---|---|---|

Super Center Concepts, Inc. 15510 Carmenita Road, Santa Fe Springs, CA 90670

| 15120<br>EMPLOYEE NO | DEPARTMENT | | Aurelio Cortes<br>EMPLOYEE NAME | XXX-XX-8179<br>SOCIAL SECURITY NUMBER | 02/08/2010<br>PERIOD START | 02/14/2010<br>PERIOD END | 21446853<br>CHECK NO |
|---|---|---|---|---|---|---|---|

| EARNINGS | HRS/UNITS | HRLY RATE | GROSS AMT. | YEAR TO DATE | DEDUCTIONS | CURRENT AMT. | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Overtime Wages | .50 | 24.00 | 12.00 | 1,206.00 | CA Disability | 6.84 | 58.83 |
| Regular Wages | 40.00 | 16.00 | 640.00 | 4,352.00 | CA Income Tax | 8.60 | 99.28 |
| | | | | | Employee Life Ins. | 5.40 | 37.80 |
| | | | | | Federal Income Tax | 32.77 | 380.56 |
| | | | | | LTD | 3.82 | 26.74 |
| | | | | | Medical HMO PreTax | 30.00 | 210.00 |
| | | | | | Medicare Tax | 9.02 | 77.55 |
| | | | | | Social Security Tax | 38.57 | 331.58 |
| | | | | | Spouse Life Insurance | 4.32 | 30.24 |
| | | | | | Vacation Balance: | 40.10 | |

| 16.00<br>PAY RATE | 652.00<br>GROSS WAGES EARNED | 139.34<br>CURRENT DED. | 512.66<br>NET PAY | 5,558.00<br>YTD EARNINGS | 1,252.58<br>YTD DED. | 4,305.42<br>YTD NET PAY |
|---|---|---|---|---|---|---|

**Super Center Concepts, Inc. 15510 Carmenita Road, Santa Fe Springs, CA 90670**

| 15120 EMPLOYEE NO | DEPARTMENT | Aurelio Cortes EMPLOYEE NAME | XXX-XX-8179 SOCIAL SECURITY NUMBER | 02/01/2010 PERIOD START | 02/07/2010 PERIOD END | 21444109 CHECK NO |
|---|---|---|---|---|---|---|

| EARNINGS | HRS/UNITS | HRLY RATE | GROSS AMT. | YEAR TO DATE | DEDUCTIONS | CURRENT AMT. | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Overtime Wages | 9.00 | 24.00 | 216.00 | 1,194.00 | CA Disability | 9.09 | 51.99 |
| Regular Wages | 40.00 | 16.00 | 640.00 | 3,712.00 | CA Income Tax | 16.12 | 90.68 |
| | | | | | Employee Life Ins. | 5.40 | 32.40 |
| | | | | | Federal Income Tax | 63.37 | 347.79 |
| | | | | | LTD | 3.82 | 22.92 |
| | | | | | Medical HMO PreTax | 30.00 | 180.00 |
| | | | | | Medicare Tax | 11.98 | 68.53 |
| | | | | | Social Security Tax | 51.21 | 293.01 |
| | | | | | Spouse Life Insurance | 4.32 | 25.92 |
| | | | | | Vacation Balance: | 46.25 | |

| 16.00 PAY RATE | 856.00 GROSS WAGES EARNED | 195.31 CURRENT DED. | 660.69 NET PAY | 4,906.00 YTD EARNINGS | 1,113.24 YTD DED. | 3,792.76 YTD NET PAY |
|---|---|---|---|---|---|---|

Form B22A (Chapter 7) (12/08)      2008 USBC, Central District of California

| In re: | *Amelia Cooks* *Maria Gonzalez* | Debtor. | Case No.: (If known) |
|---|---|---|---|

According to the calculations required by this statement:
☐ **The presumption arises.**
☐ **The presumption does not arise.**
☐ **The presumption is temporarily inapplicable.**
(Check the box as directed in Part I, III, and VI of this statement)

## STATEMENT OF CURRENT MONTHLY INCOME AND MEANS TEST CALCULATION FOR USE IN CHAPTER 7

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement. Joint debtors may complete one statement only.

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| **1.A** | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐   **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. § 901(1)). |
| **1.B** | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐   Declaration of non-consumer debts. By checking this box, I declare that my debts are not primarily consumer debts. |
| **1.C** | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐   **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>      a. ☐   I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>           ☐   I remain on active duty /or/<br>           ☐   I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>           OR<br><br>      b. ☐   I am performing homeland defense activity for a period of at least 90 days /or/<br>           ☐   I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** |
|---|---|
| **2.** | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. Complete only Column A ("Debtor's Income") for Lines 3-11.<br>b. ☑ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |

Form B22A (Chapter 7)(12/08)                                              2008 USBC, Central District of California

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3. | Gross wages, salary, tips, bonuses, overtime, commissions. | $ | $ |
| 4. | Income from the operation of a business, profession or farm. Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. Do not include any part of the business expenses entered on Line b as a deduction in Part V. | | |
| | a. Gross receipts $ | | |
| | b. Ordinary and necessary operating expenses $ | | |
| | c. Business income Subtract Line b from Line a | $ | $ |
| 5. | Rent and other real property income. Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. Do not include any part of the operating expenses entered on Line b as a deduction in Part V. | | |
| | a. Gross receipts $ | | |
| | b. Ordinary and necessary operating expenses $ | | |
| | c. Rental income Subtract Line b from Line a | $ | $ |
| 6. | Interest, dividends and royalties. | $ | $ |
| 7. | Pension and retirement income. | $ | $ |
| 8. | Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose. Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9. | Unemployment compensation. Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below | | |
| | Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $ _____    Spouse $ _____ | $ | $ |
| 10. | Income from all other sources. Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
| | a. $ | | |
| | b. $ | | |
| | Total and enter on Line 10 | $ | $ |
| 11. | Subtotal of Current Monthly Income for § 707(b)(7). Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ | $ |
| 12. | Total Current Monthly Income for § 707(b)(7). If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ 4,667 | |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13. | Annualized Current Monthly Income for § 707(b)(7). Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
|---|---|---|
| 14. | Applicable median family income. Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) a. Enter debtor's state of residence: _____    b. Enter debtor's household size: _____ | $ |

Form B22A (Chapter 7)(12/08)                                                                    2008 USBC, Central District of California

| 15. | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br>☐ The amount on Line 13 is less than or equal to the amount on Line 14.  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, VI or VII.<br>☐ The amount on Line 13 is more than the amount on Line 14.  Complete the remaining parts of this statement. | $ |

<b>Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)</b>

| | **Part IV.  CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)** | |
|---|---|---|
| 16. | Enter the amount from Line 12. | $ |
| 17. | **Marital adjustment.**  If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose.  If necessary, list additional adjustments on a separate page.  If you did not check box at Line 2.c, enter zero.<br><br>a. _____  $ _____<br>b. _____  $ _____<br>c. _____  $ _____<br><br>Total and enter on Line 17. | $ |
| 18. | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | $ |

| | **Part V.  CALCULATION OF DEDUCTIONS FROM INCOME** | |
|---|---|---|
| | **Subpart A:  Deductions under Standards of the Internal Revenue Service (IRS)** | |
| 19A | **National Standards: food, clothing and other items.**  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 19B | **National Standards: health care.**  Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older.  (The total number of household members must be the same as the number stated in Line 14b.)  Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1.  Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2.  Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B.<br><br><table><tr><td colspan="2">Household members under 65 years of age</td><td colspan="2">Household members 65 years of age or older</td></tr><tr><td>a1.</td><td>Allowance per member</td><td>a2.</td><td>Allowance per member</td></tr><tr><td>b1.</td><td>Number of members</td><td>b2.</td><td>Number of members</td></tr><tr><td>c1.</td><td>Subtotal</td><td>c2.</td><td>Subtotal</td></tr></table> | $ |
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.**  Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.**  Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B.  **Do not enter an amount less than zero.**<br><br><table><tr><td>a.</td><td>IRS Housing and Utilities Standards; mortgage/rental expense</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net mortgage/rental expense</td><td>Subtract Line b from Line a.</td></tr></table> | $ |

Form B22A (Chapter 7)(12/08)                                                                2008 USBC, Central District of California

| 21. | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: <br><br> _____ <br> _____ <br> _____ | $ |
|---|---|---|
| 22A. | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. <br><br> Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. <br> ☐ 0  ☐ 1  ☐ 2 or more. <br> If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 22B. | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| 23. | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) <br> ☐ 1  ☐ 2 or more. <br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** |   |   |
|---|---|---|---|
|   | | a. | IRS Transportation Standards, Ownership Costs | $ _____ |   |
|   | | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ _____ |   |
|   | | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| 24. | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. <br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** |   |   |
|---|---|---|---|
|   | | a. | IRS Transportation Standards, Ownership Costs | $ _____ |   |
|   | | b. | Average Monthly Payments for debts secured by Vehicle 2, if any, as stated in Line 42 | $ _____ |   |
|   | | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

| 25. | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|
| 26. | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28. | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. Do not include payments on past due obligations included in Line 44. | $ |

Form B22A (Chapter 7)(12/08)                                                    2008 USBC, Central District of California

| 29. | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30. | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31. | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32. | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33. | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

| | **Subpart B: Additional Living Expense Deductions** **Note: Do not include any expenses that you have listed in Lines 19-32** | |
|---|---|---|
| 34. | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents<br><br>a.  Health Insurance   $<br>b.  Disability Insurance   $<br>c.  Health Savings Account   $<br><br>Total and enter on Line 34<br>If you do not actually expend this total amount, state your actual total average monthly expenditures in the space below:<br>$ _____ | $ |
| 35. | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36. | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37. | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38. | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39. | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40. | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41. | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

Form B22A (Chapter 7)(12/08)                                          2008 USBC, Central District of California

| Subpart C:  Deductions for Debt Payment | | | | |
|---|---|---|---|---|
| 42. | **Future payments on secured claims.**  For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance.  The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60.  If necessary, list additional entries on a separate page.  Enter the total of the Average Monthly Payments on Line 42. | | | |

| 42. | | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|---|
| | a. | | | $ | ☐ yes ☐ no | |
| | b. | | | $ | ☐ yes ☐ no | |
| | c. | | | $ | ☐ yes ☐ no | |
| | | | | Total: Add Lines a, b and c | | $ |

| 43. | **Other payments on secured claims.**  If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property.  The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure.  List and total any such amounts in the following chart.  If necessary, list additional entries on a separate page. | | | |

| 43. | | Name of Creditor | Property Securing the Debt | 1/60 of the Cure Amount | |
|---|---|---|---|---|---|
| | a. | | | $ | |
| | b. | | | $ | |
| | c. | | | $ | |
| | | | | Total: Add Lines a, b and c | $ |

| 44. | **Payments on prepetition priority claims.**  Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing.  Do not include current obligations, such as those set out in Line 28. | $ |
|---|---|---|

| 45. | **Chapter 13 administrative expenses.**  If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
|---|---|---|---|
| | a. | Projected average monthly Chapter 13 plan payment. | $ | |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46. | **Total Deductions for Debt Payment.**  Enter the total of Lines 42 through 45. | $ |
|---|---|---|

| Subpart D:  Total Deductions from Income | |
|---|---|
| 47. | **Total of all deductions allowed under § 707(b)(2).**  Enter the total of Lines 33, 41, and 46. | $ |

| Part VI.  DETERMINATION OF § 707(b)(2) PRESUMPTION | |
|---|---|
| 48. | Enter the amount from Line 18 (Current monthly income for § 707(b)(2)) | $ |
| 49. | Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2)) | $ |
| 50. | **Monthly disposable income under § 707(b)(2).**  Subtract Line 49 from Line 48 and enter the result. | $ |
| 51. | **60-month disposable income under § 707(b)(2).**  Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

Form B22A (Chapter 7)(12/08)                                    2008 USBC, Central District of California

| 52. | **Initial presumption determination.** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br>☐ **The amount set forth on Line 51 is more than $10,950.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). | |
|---|---|---|
| 53. | Enter the amount of your total non-priority unsecured debt | $ |
| 54. | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55. | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

## Part VII: ADDITIONAL EXPENSE CLAIMS

| 56. | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

|  | Expense Description | Monthly Amount |
|---|---|---|
| a. |  | $ |
| b. |  | $ |
| c. |  | $ |
| | Total: Add Lines a, b and c | $ |

## Part VIII: VERIFICATION

| 57. | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date: 3/4/10          Signature _____<br>                                                   (Debtor)<br><br>Date: 3/4/10          Signature _____<br>                                                   (Joint Debtor, if any) |
|---|---|

Verification of Creditor Mailing List - (Rev. 10/05)                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name _____

Address _____

Telephone _____

☐　Attorney for Debtor(s)
☐　Debtor in Pro Per

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years): | Case No.: |
| --- | --- |
| | Chapter: |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _____

_____
Debtor

_____        _____
Attorney (if applicable)                                          Joint Debtor